| | | |
|---|---|---|
| CHARLES W. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:05-0978 |
| | ) | Judge Echols |
| TONY PARKER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is the Report and Recommendation of the Magistrate Judge (Docket Entry No. 12) recommending dismissal of this habeas corpus action on statute of limitations grounds. Despite being specifically informed that he could file objections to the R & R within ten days, Petitioner has filed no objections.

Under Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), the Court may accept, reject, or modify in whole or in part the findings or recommendations made by the Magistrate Judge. Having carefully reviewed the entire record in this cases, the Court finds that the Magistrate Judge correctly applied the law to the facts presented. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 12) is hereby ACCEPTED; and

(2) This action is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

1

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

Case 3:05-cv-00978   Document 13   Filed 08/25/06   Page 2 of 2 PageID #: 105